1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                   IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 ANNIE HUYNH,                          CASE NO. 2:23-CV-00590-TLN-CKD

11                 Plaintiff,            STIPULATION AND ORDER FOR FIRST
                                         EXTENSION OF TIME
12         v.

13 U.S. DEPARTMENT OF STATE, ET AL.,

14                 Defendants.

15

16

17

18      The Defendants respectfully request a first extension of time in which to respond to the

19 Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa application of

20 Plaintiff's father, which was refused for administrative processing following an October 2017, consular

21 interview. The administrative processing has now been resolved. The parties anticipate that the

22 consular official will be able to complete the adjudication of the visa application in this case shortly,

23 following the receipt of requested documents from the beneficiary, which is expected to render this

24 lawsuit moot.

25 ///

26 ///

27 ///

28

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 10, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  May 12, 2023

        PHILLIP A. TALBERT
        United States Attorney

By:  /s/ ELLIOT C. WONG
     ELLIOT C. WONG
     Assistant United States Attorney


/s/ CHRISTINA SULLIVAN
CHRISTINA SULLIVAN
Counsel for Plaintiff

ORDER

It is so ordered.

Dated: May 12, 2023

Troy L. Nunley
United States District Judge